32 So.2d 173

### Tanzy BODY v. STATE.
### 6 Div. 398.

Court of Appeals of Alabama.
April 29, 1947.

■■■

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.